IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARMONI MASUD JOHNSON,

    Plaintiff

v.

WALTER KOEHLER, et al.,

    Defendants

3:14-CV-1490
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 27TH DAY OF OCTOBER, 2017**, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 44) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 44) is **ADOPTED** for the reasons stated therein.[1]

2. The Motion to Dismiss by Defendants Walter Koehler, Christopher O'Brien, and Christopher Lamb (Doc. 37) is **GRANTED**.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge

---

[1] While the Court adopts the Magistrate Judge's reasoning in all aspects, it wishes to emphasize that Plaintiff's attempt to raise these issues via a proceeding brought pursuant to § 1983 is unavailing and the Magistrate Judge's determination on this issue alone resolves this matter.