IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARMONI MASUD JOHNSON,

    Plaintiff

v.    3:14-CV-1490
    (JUDGE MARIANI)

WALTER KOEHLER, et al.,

    Defendants

## ORDER

AND NOW, THIS _____ DAY OF DECEMBER, 2017, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Plaintiff's "Petition for Reconsideration En Banc and or Appeal" (Doc. 46) is **DENIED**.

_____
Robert D. Mariani
United States District Judge